David C. Wakefield, Esq., Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone: 619.241.7112; Facsimile: 619.342.7755
Email: dcw@DMWakeLaw.com; wakefieldlawassistant@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; RALPHA HAROLD MACK, JUNIOR, UAAAC MEMBER,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSOR AT METROPOLITAN LP; SHK MANAGEMENT INC. dba KORMAN COMMUNITIES, INC.; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.  3:18-cv-00588-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br>Complaint Filed:   January 29, 2018<br>Trial Date:          None Set |

BLA13-01:Notice of Voluntary Dismissal.DOCX:4-5-18            - 1 -

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs United African-Asian Abilities Club and Ralpha Harold Mack, Junior, UAAAC Member ("Plaintiffs") hereby dismiss with prejudice the above-captioned action in its entirety and with prejudice as to all claims and causes of action against all Defendants.  Defendants have not filed an answer to Plaintiffs' Complaint and no cross-claims have been advanced by Defendants, either individually or collectively.

Dated:  April 5, 2018                    LAW OFFICES OF DAVID C. WAKEFIELD


                                         By:/s/David C. Wakefield
                                            David C. Wakefield, Esq.

                                         Attorneys for Plaintiffs